IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

| | |
|---|---|
| DAVID EUGENE SINQUEFIELD, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO.  2:06-cv-1062-MEF |
| ) | WO |
| JAMES H. HANCOCK, *et al.,* ) | |
| ) | |
| Defendants. ) | |

# **O R D E R**

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE of the court that:

1. The plaintiff's objections (Doc. #4 and #5) to the Recommendation of the Magistrate Judge (Doc. #3) filed on December 20, 2006 and December 21, 2006 are overruled;

2. The Recommendation of the Magistrate Judge entered on December 5, 2006 is adopted;

3. This case is DISMISSED without prejudice for plaintiff's failure to pay the full filing fee upon the initiation of this case.

DONE this the 10th day of January, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE