Notice of Appeal
Pg. 1 of 3

In and for the United States District Court for the M.D., Ala.

RECEIVED
2007 FEB -7 A 9: 36
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

David Eugene Sinquefield
   Plaintiff,

vs.                                  *   2:06-cv-1062-MEF
                                     *   (WO)
James H. Hancock, et. al.,           *
   Defendants.                       *

## Notice of Appeal

COMES NOW, DAVID EUGENE SINQUEFIELD, Pro Se, Pursuant to the "Final Judgement" entered on the 10th day of January, 2007, and hereby submits this "Notice of Appeal" in the above styled cause, to the 11th Circuit Court of appeals. See 28 U.S.C. §1291(a), and moreover to grant this appeal IN FORMA PAUPERIS and as cause for such, the plaintiff states:

(1) The Court makes no findings of fact to assess Probable Cause to believe the ongoing willful violations of Plaintiff's federally protected Constitutional Rights under Color of State Laws/Federal Authority, and has also

(1)

failed to Conduct an Evidentiary Hearing and is therefore, abusing it's discretion in denying Plaintiff's I.F.P. in this Cause.

2. The Prisoner Has Met the Requirements Under the "Savings Clause" of 28 U.S.C. §1915(B)(4), and Abusing the Courts discretion to dismiss

"Rivera vs. Allin, 144 F.3d. 719 (11th Cir. 1998) 28 U.S.C. §1915(B)(1)-(2).... A Limited Exception Exists Only for prisoners who Have "No Assets and No Means by which to Pay the initial partial filing fee". 28 U.S.C.§1915(B)(4) at pg. (    )."

3. Thus, this [PRISONER] plaintiff Has Been Accorded NO PROTECTION against ARBITRARY and OPPRESSIVE governmental Power against the deprivations of his "LIFE LIBERTY and/or PROPERTY without Probable Cause to Believe Here (CC-2000-284.60).... INTERVENTION by Federal Authority is long Over due.

(2)

WHEREFORE, the premises considered, Plaintiff files this Notice of Appeal, and would move the Court for a Copy of the Record On appeal for purposes of Reviewing Any Possible Omitted parts, to Correct the Record On appeal if Needed. (Plaintiff has No Access to docketing forms from the Inmate Law Library.)

### Certificate of Service

Pursuant to 28 U.S.C. §1746, Plaintiff States that the foregoing Notice of Appeal was Placed in the Easterling Correctional Facility's Inmate Legal Mail Box On this the 5th day of FEBRUARY, 2007, addressed to wit:

Debra P. Hackett, Clerk
United States District Court
U.S. Courthouse
P.O. Box 711
Montgomery, Ala. 36101

David E. Sinquefield   Pro Se
AIS #218635   C2-7-B
Easterling Corr. Facility
200 Wallace dr.
Clio, Ala. 36017

Sworn to and Subscribed Before Me _____ Notary Public On this the ___ day of _____ 2007. My Commission Expires On _____.

(3)

David E. Simpuefield A/s 218635 C2-7-B
EASTERLING CORRECTIONAL FACILITY
P.O. Box 10
Clio, Alabama 36017

MONTGOMERY AL 361
05 FEB 2007 PM 1 L

Debra P. Hackett, Clerk
United States district Court
United States Courthouse
P.O. Box 711
Montgomery, Alabama 36101

"This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated, and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication."