# ELEVENTH CIRCUIT TRANSCRIPT INFORMATION FORM

## PART I.                TRANSCRIPT ORDER INFORMATION

*Appellant to complete and file with the District Court Clerk within 10 days of the filing of the notice of appeal in all cases, including those in which there was no hearing or for which no transcript is ordered.*

Short Case Style: **David Eugene Sinquefield** vs **James H. Hancock, et al.**

District Court No.: **2:06-CV-1062-MEF**  Date Notice of Appeal Filed: **2-05-07**  Court of Appeals No.: _____ (If Available)

CHOOSE ONE:  ☐ No hearing  ☐ No transcript is required for appeal purposes  ☑ All necessary transcript(s) on file
☑ I AM ORDERING A TRANSCRIPT OF THE FOLLOWING PROCEEDINGS:

*RECEIVED FEB 13 A 10:10 DEBRA P. HACKETT U.S. DISTRICT COURT MIDDLE DISTRICT ALA*

*Check appropriate box(es) and provide all information requested:*

| | HEARING DATE(S) | JUDGE/MAGISTRATE | COURT REPORTER NAME(S) |
|---|---|---|---|
| ☐ Pre-Trial Proceedings | | | |
| ☐ Trial | | | |
| ☐ Sentence | | | |

☑ Other **Complaint and Pleadings, Orders, Objections, and Final Judgements and all Relevant and Material Records affecting the Appeal, i.e. Potential issues.**

### METHOD OF PAYMENT:

☐ I CERTIFY THAT I HAVE CONTACTED THE COURT REPORTER(S) AND HAVE MADE SATISFACTORY ARRANGEMENTS WITH THE COURT REPORTER(S) FOR PAYING THE COST OF THE TRANSCRIPT.

☐ CRIMINAL JUSTICE ACT. Attached for submission to District Judge/Magistrate is my completed CJA Form 24 requesting authorization for government payment of transcript. [A transcript of the following proceedings will be provided ONLY IF SPECIFICALLY AUTHORIZED in Item 13 on CJA Form 24: Voir Dire; Opening and Closing Statements of Prosecution and Defense; Prosecution Rebuttal; Jury Instructions.]

Ordering Counsel/Party: **Plaintiff - David Eugene Sinquefield Ais #218635**
Name of Firm: **(PRO SE)**
Street Address/P.O. Box: **Easterling Correctional Facility, 200 Wallace Drive, C2-7-B**
City/State/Zip Code: **Clio, Alabama  36017**  Phone No.: _____

*I certify that I have filed the original (Yellow page) with the District Court Clerk, sent the Pink and Green pages to the appropriate Court Reporter(s) if ordering a transcript, and sent a photocopy to the Court of Appeals Clerk and to all parties.*

DATE: **2/12/07**  SIGNED: **David E. Sinquefield**  Attorney for: **Plaintiff**

## PART II.              COURT REPORTER ACKNOWLEDGMENT

*Court Reporter to complete and file Pink page with the District Court Clerk within 10 days of receipt. The Court Reporter shall send a photocopy to the Court of Appeals Clerk and to all parties, and retain the Green page to provide notification when transcript filed.*

Date Transcript Order received: _____
☐ Satisfactory arrangements for paying the cost of the transcript were completed on: _____
☐ Satisfactory arrangements for paying the cost of the transcript have not been made.

No. of hearing days: _____  Estimated no. of transcript pages: _____  Estimated filing date: _____
DATE: _____  SIGNED: _____  Phone No.: _____

NOTE: The transcript is due to be filed within 30 days of the date satisfactory arrangements for paying the cost of the transcript were completed unless the Court Reporter obtains an extension of time to file the transcript.

## PART III.   NOTIFICATION THAT TRANSCRIPT HAS BEEN FILED IN DISTRICT COURT

*Court Reporter to complete and file Green page with the District Court Clerk on date of filing transcript in District Court. The Court Reporter shall send a photocopy of the completed Green page to the Court of Appeals Clerk on the same date.*

This is to certify that the transcript has been completed and filed with the district court on (date): _____
Actual No. of Volumes and Hearing Dates: _____
Date: _____  Signature of Court Reporter: _____

David L. Sneezefield Ais #186135 02-7-B
EASTERLING CORRECTIONAL FACILITY
200 WALLACE DRIVE
CLIO, ALABAMA 36017

Inmate Legal Mail

MONTGOMERY AL 361
12 FEB 2007 PM 2 T

Debra P. Hackett, Clerk
United States district Court
United States Courthouse
P.o. Box 711
Montgomery, alabama 36101
36101

"This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated, and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication."