IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT



FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
APR 1 1 2007
THOMAS K. KAHN
CLERK

No. 07-10569-F

DAVID EUGENE SINQUEFIELD,

Plaintiff-Appellant,

versus

JAMES H. HANCOCK,
District Court Judge,
PAUL W. GREENE,
Magistrate Judge,

Defendants-Appellees.

Appeal from the United States District Court for the
Middle District of Alabama

ORDER:

Appellant's motion for leave to proceed on appeal in forma pauperis is DENIED. Appellant, while a prisoner, has filed three prior civil actions or appeals that have been dismissed on the grounds that they were frivolous, malicious, or failed to state a claim upon which relief may be granted, and appellant is not currently under imminent danger of serious physical injury. Accordingly, appellant cannot proceed in forma pauperis under 28 U.S.C. § 1915. See 28 U.S.C.

§ 1915(g); Rivera v. Allin, 144 F.3d 719, 724 (11th Cir. 1998), abrogated in part on different grounds by Jones v. Bock, 549 U.S. __, __, 127 S.Ct. 910, 920-21, 166 L.Ed.2d 798 (2007).

If appellant wishes to proceed on this appeal, he must prepay the entire appellate filing fee within 14 days from the date of this order, otherwise, his appeal will be dismissed without further notice for want of prosecution under 11th Cir. R. 42-1(b).

/s/ Joel F. Dubina
UNITED STATES CIRCUIT JUDGE